CHARLES HOFFERBERTH, Appellant, *v.* FREDERICK S. MYERS, Respondent.

*Hofferberth* v. *Myers,* 71 App. Div. 377, affirmed.
(Argued May 12, 1903; decided June 2, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 29, 1902, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*Philip L. Wilson* for appellant.

*Hamilton R. Squier* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ. Not voting: BARTLETT, J.

---

FREDERICK HARTWIG, Respondent, *v.* AMERICAN MALTING COMPANY, Appellant.

*Hartwig* v. *American Malting Co.,* 74 App. Div. 140, affirmed.
(Argued May 13, 1903; decided June 2, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 14, 1902, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Graham Sumner, Julius F. Workum* and *Faneuil D. S. Bethune* for appellant.

*Rudolph Loreck* for respondent.

Judgment affirmed, with costs, on opinion below, so far as it relates to questions that we have jurisdiction to review.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.